**4**

**Nora KAHN and German Kahn, as Ex'rs, etc., Plaintiffs in Error, v. Frank K. BOWERS, as Collector, etc., Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. December 17, 1925.)

No. 156.

In Error to the District Court of the United States for the Southern District of New York.

Rosenblum & Sommer, of New York City, for plaintiffs in error.

Emory R. Buckner, U. S. Atty., of New York City (Sherwood E. Hall, Asst. U. S. Atty., and Thomas H. Lewis, Jr., Sp. Atty. Bureau of Internal Revenue, of Washington, D. C., of New York City, of counsel), for defendant in error.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.